391 A.2d 693

Commonwealth v. Edward Moore, Appellant.

Submitted December 6, 1977.   W. Donald Sparks, and Sparks, Vadino, Auerbach and Monte, for appellant;  Sandra L. Gross, Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.